SCOTT N. SCHOOLS (SC 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

ALLISON DANNER (CABN 195046)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7144
    Facsimile: (415) 436-7234
    E-Mail: allison.danner@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No. 3-07-70492 JCS |
|     Plaintiff, ) | [PROPOSED] ORDER WAIVING TIME FOR THE PRELIMINARY HEARING |
|     v. ) | |
| JEANETTE BLAND, ) | |
|     Defendant. ) | |

    With the agreement of the parties in open court, and with the consent of defendant Jeanette Bland, the Court enters this order documenting defendant's waiver of time under Fed. R. Crim. P. 5.1(d), from August 29, 2007 through October 3, 2007, the date of defendant's next appearance before this Court. The parties agree, and the Court finds and holds, as follows:

    1. On August 29, 2007, at a status conference on a removal hearing pursuant to Fed. R. Crim. P. 5(c)(3)(D), counsel for the defendant waived defendant's right to contest her identity as the person named in the underlying indictment. Defendant further asked that she not be transferred to the District of Nebraska pending negotiations with respect to a potential transfer of

[PROPOSED] ORDER WAIVING TIME FOR THE PRELIMINARY HEARING- 3-07-7049 JCS

1

1 the prosecution to the Northern District of California pursuant to Fed. R. Crim. P. 20.

2    2.    At the hearing on August 29, 2007 and in open court, defendant waived her right to a preliminary hearing within 20 days, pursuant to Fed. R. Crim. P. 5.1(c), (d).

3.    Given these circumstances, the Court found that the ends of justice served by waiving the defendant's right to a prompt preliminary hearing until October 3, 2007 outweigh the best interest of the public and the defendant. Fed. R. Crim. P. 5.1 (d).

4.    Accordingly, and with the consent of the defendant at the hearing on August 29, 2007, the Court orders that the defendant's right to a preliminary hearing within 20 days from the date of the initial appearance be waived until October 3, 2007.

**IT IS SO ORDERED.**

DATED:_____        _____

                                    JOSEPH C. SPERO
                                    United States Magistrate Judge

[PROPOSED] ORDER WAIVING TIME FOR THE PRELIMINARY HEARING- 3-07-7049 JCS

2