SCOTT N. SCHOOLS (SC 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

ALLISON DANNER (CABN 195046)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7144
    Facsimile: (415) 436-7234
    E-Mail: allison.danner@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 3-07-70492 JCS |
| ) Plaintiff, ) | |
| ) v. ) | [PROPOSED] ORDER FOR MODIFICATION OF CONDITIONS OF RELEASE |
| ) JEANETTE BLAND, ) | |
| ) Defendant. ) | |

**ORDER**

IT IS HEREBY ORDERED that the conditions of release and appearance set on August 21, 2007 for the above-captioned matter are modified in one respect. Defendant Jeanette Bland is permitted contact with co-defendant Patrice Raven solely with respect to the subject of Patrice Raven's children and related family matters. This modification was made in open court after the explicit promise of defendant Bland and co-defendant Raven that they would not discuss the above-captioned matter outside of the presence of their attorneys. IT IS FURTHER ORDERED that all other conditions of release and appearance imposed on August

\\

\\

MODIFICATIONS OF RELEASE CONDITIONS
No. 3-07-70492 JCS

1  \\
2  21, 2007 remained unmodified.
3
4  DATED: _____          _____
                                          JOSEPH C. SPERO
5                                         United States Magistrate Judge
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MODIFICATIONS OF RELEASE CONDITIONS
No. 3-07-70492 JCS