| DOCUMENTS UNDER SEAL ☐ | | | | DOCUMENT NUMBER: | | | |
|---|---|---|---|---|---|---|---|
| **MAGISTRATE JUDGE** **MINUTE ORDER** | | DEPUTY CLERK Karen L. Hom | | | REPORTER/FTR FTR 2:17-2:30 | | |
| MAGISTRATE JUDGE JOSEPH C. SPERO | | DATE August 21, 2007 | | NEW CASE ☐ | CASE NUMBER 3-07-70492 JCS | | |apart
| **APPEARANCES** | | | | | | | |
| DEFENDANT Jeanette Bland | AGE | CUST Y | P/NP P | ATTORNEY FOR DEFENDANT Elizabeth Falk, spec. apr. | | PD. ☒ RET. ☐ APPT. ☐ | |
| U.S. ATTORNEY Allison Danner | | INTERPRETER | | ☐ FIN. AFFT SUBMITTED | | ☐ COUNSEL APPT'D | |
| PROBATION OFFICER | | PRETRIAL SERVICES OFFICER Josh Libby | | DEF ELIGIBLE FOR APPT'D COUNSEL ☐ | | PARTIAL PAYMENT ☐ OF CJA FEES | |
| **PROCEEDINGS SCHEDULED TO OCCUR - (IF NOT HELD TYPE NH IN TIME FIELD)** | | | | | | | |
| ☐ INITIAL APPEAR time | ☐ PRELIMINARY time | | ☐ MOTION time | | ☐ JUGM'T & SENTG time | | ☐ STATUS time |
| ☐ I.D. COUNSEL time | ☐ ARRAIGNMENT time | | ☒ BOND SIGNING time 13 M | | ☐ IA REV PROB. or S/R time | | ☐ BAIL REVIEW time |
| ☐ DETENTION HRG time | ☐ ID/REMOVALHRG time | | ☐ CHANGE PLEA time | | ☐ PROB. REVOC. time | | ☐ SUP REL HRG time |
| **INITIAL APPEARANCE** | | | | | | | |
| ☐ ADVISED OF RIGHTS | | ☐ ADVISED OF CHARGES | | ☐ NAME AS CHARGED IS TRUE NAME | | ☐ TRUE NAME: | |
| **ARRAIGNMENT** | | | | | | | |
| ☐ ARRAIGNED ON INFORMATION | | ☐ ARRAIGNED ON INDICTMENT | | ☐ READING WAIVED SUBSTANCE | | ☐ WAIVER OF INDICTMENT FILED | |
| **RELEASE** | | | | | | | |
| ☐ RELEASED ON O/R | ☒ ISSUED APPEARANCE BOND | | AMT OF SECURITY $ 100K | SPECIAL NOTES | | ☐ PASSPORT SURRENDERED DATE: | |
| PROPERTY TO BE POSTED ☐ CASH $ | | CORPORATE SECURITY ☐ | | | REAL PROPERTY: ☐ | | |
| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | | ☐ DETAINED | ☒ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | | ☐ REMANDED TO CUSTODY |
| ORDER REMOVED TO THE DISTRICT OF | | | | | | | |
| **PLEA** | | | | | | | |
| ☐ CONSENT ENTERED | | ☐ NOT GUILTY | | ☐ GUILTY | | GUILTY TO COUNTS: ☐ | |
| ☐ PRESENTENCE REPORT ORDERED | | ☐ CHANGE OF PLEA | | ☐ PLEA AGREEMENT FILED | | OTHER: | |
| **CONTINUANCE** | | | | | | | |
| TO: 08/22/07 | ☒ I.D. COUNSEL | | ☐ BOND SIGNING | | ☐ STATUS RE: CONSENT | | ☐ STATUS/TRIALSET |
| AT: 9:30 AM | ☒ SUBMIT FINAN. AFFIDAVIT | | ☐ PRELIMINARY HEARING OR | | ☐ CHANGE OF PLEA | | ☐ BAIL REVIEW |
| BEFORE HON. Judge Spero | ☐ DETENTION HEARING | | ☐ ARRAIGN-MENT | | ☐ MOTIONS | | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | | ☐ IDENTITY/ REMOVAL | | ☐ PRETRIAL CONFERENCE | | ☐ PROB/SUP.REL. REV. HEARING |
| **ADDITIONAL PROCEEDINGS** | | | | | | | |
| Dft indicated that she has no passport. KLH, JCS, LS | | | | | | | |

FILED
AUG 21 2007
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA