1   SCOTT N. SCHOOLS (SC 9990)
    United States Attorney
2
    BRIAN J. STRETCH (CABN 163973)
3   Chief, Criminal Division

4   ALLISON DANNER (CABN 195046)
    Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102
        Telephone: (415) 436-7144
7       Facsimile: (415) 436-7234
        E-Mail: allison.danner@usdoj.gov
8
    Attorneys for the United States of America
9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                       SAN FRANCISCO DIVISION
12

13  UNITED STATES OF AMERICA,          )    No. 3-07-70492 JCS
                                       )
14          Plaintiff,                 )
                                       )
15      v.                             )    [~~PROPOSED~~] ORDER FOR
                                       )    MODIFICATION OF CONDITIONS OF
16  JEANETTE BLAND,                    )    RELEASE
                                       )
17          Defendant.                 )
                                       )
18  _____)

19                              **ORDER**

20      IT IS HEREBY ORDERED that the conditions of release and appearance set on August 21,

21  2007 for the above-captioned matter are modified in one respect.  Defendant Jeanette Bland is

22  permitted contact with co-defendant Patrice Raven solely with respect to the subject of Patrice

23  Raven's children and related family matters.  This modification was made in open court after the

24  explicit promise of defendant Bland and co-defendant Raven that they would not discuss the

25  above-captioned matter outside of the presence of their attorneys.  IT IS FURTHER ORDERED

26  that all other conditions of release and appearance imposed on August

27  \\

28  \\

MODIFICATIONS OF RELEASE CONDITIONS
No. 3-07-70492 JCS

1  \\

2  21, 2007 remained unmodified.

3

  DATED: ___Sept. 4, 2007_____

4                      JOSE_____

5                      United_____gistrate Judge



MODIFICATIONS OF RELEASE CONDITIONS
No. 3-07-70492 JCS