IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. 3-07-70492-JCS |
| Plaintiff, | ) [PROPOSED] TRAVEL ORDER |
| vs. | ) |
| JEANETTE BLAND, | ) |
| Defendant. | ) |

Good cause appearing, IT IS HEREBY ORDERED that Jeanette Bland be permitted to travel to Las Vegas from October 31 to November 4, 2007, provided she gives PTS Officer Hence Williams an itinerary in advance, advising him of where she will be staying and any other pertinent contact information Mr. Williams requires. All other conditions of release not inconsistent with this order shall remain in full force and effect.

DATE: _____

_____
EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE