1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  ALLISON MARSTON DANNER (CABN 195046)
   TIMOTHY J. LUCEY (CABN 172332)
5  Assistant United States Attorneys

6     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
7     Telephone: (415) 436-7144
      Facsimile: (415) 436-7234
8     E-Mail: allison.danner@usdoj.gov

9  Attorneys for the United States

10
                        IN THE UNITED STATES DISTRICT COURT
11                    FOR THE NORTHERN DISTRICT OF CALIFORNIA
                              SAN FRANCISCO DIVISION
12

13 UNITED STATES OF AMERICA,            )
                                        )   No. CR-07-0670 JSW
14              Plaintiff,              )   [Filed October 24, 2007]
           v.                           )
15                                      )
                                        )
16 JEANETTE BLAND                       )
                                        )
17                                      )
                Defendant.              )
18 _____ )
                                        )
19 UNITED STATES OF AMERICA,            )
                                        )
20              Plaintiff,              )   No. CR-07-0671 CRB
                                        )   [Filed October 24, 2007]
21         v.                           )
                                        )   NOTICE OF RELATED CASE
22 PATRICE RAVEN                        )   IN A CRIMINAL ACTION and
                                        )   [PROPOSED] ORDER
23                                      )
                Defendant.              )   [San Francisco Venue]
24 _____ )

25     The United States of America, pursuant to Local Criminal Rule 8-1, hereby notifies the

26 Court that the two above-captioned criminal cases are related. These defendants were originally

27 charged in a single indictment in the District of Nebraska. These charges were then transferred

28
   NOTICE OF RELATED CASES
   U.S. v. RAVEN
   U.S. v. BLAND

1  to the Northern District of California on October 24, 2007 pursuant to F.R.C.P. 20.  Based upon
2  these facts, the cases are related within the meaning of Local Rule 8-1(b)(1) because they involve
3  the same occurrences.  Furthermore, the cases are related within the meaning of Local Rule 8-
4  1(b)(2) because if heard by separate judges they likely would involve substantial duplication of
5  labor by the two judges.

    Per the requirement of Local Criminal Rule 8-1(c)(4), government counsel states that assignment of these cases to a single judge is likely to conserve judicial resources and promote an efficient determination of each action.

Date:  October 26, 2007                                Respectfully Submitted,
                                                       SCOTT N. SCHOOLS


                                                       _____/s/_____
                                                       ALLISON MARSTON DANNER
                                                       Assistant United States Attorney


### [PROPOSED] ORDER

    Based upon the notice of the government and pursuant to Local Criminal Rule 8-1, this Court finds that the cases United States v. Bland CR 07-0670 JSW and United States v. Patrice CR 07 0671 CRB are related within the meaning of Local Criminal Rule 8-1(b).  IT IS HEREBY ORDERED that the Clerk of the Court relate these cases and reassign CR 07-0671 to this Court.


DATED: _____           _____
                                      JEFFREY S. WHITE
                                      United States District Court


NOTICE OF RELATED CASES
and PROPOSED ORDER
U.S. v. RAVEN
U.S. v. BLAND                          2