UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL MINUTE ORDER

Date: November 29, 2007

Judge: Jeffrey S. White

E-Filing

Case No. CR-07-670 JSW (Related to CR-07-671 JSW)

United States of America  v.  Jeanette Bland
                              Defendant
                              Present ( X ) Not Present ( ) In-Custody ( )

Alison Danner                    Brian Berson
U.S. Attorney                    Defense Counsel

Deputy Clerk: Jennifer Ottolini       Court Reporter: Juanita Gonzalez

PROCEEDINGS

REASON FOR HEARING:  Change of Plea

RESULT OF HEARING:   The Defendant is sworn.

The Court voir dired the Defendant re: Change of Plea

The Defendant pled guilty to Count 1 of the Indictment in violation of 18 USC § 371.

The Court accepted the plea of guilty.
The Plea Agreement is ordered filed.
The Court reserved ruling on acceptance of the plea agreement pending receipt of a probation report.

The Defendant is referred to the US Probation Office for the preparation of a pre-sentence report.

The Defendant remains on pretrial release.

Case Continued to 3-6-08 at 2:30 p.m. for Judgment and Sentencing