~~PROPOSED~~ ORDER/COVER SHEET

FILED
2008 JAN 14 PM 12: 23
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST OF CA

TO: Honorable Joseph C. Spero    RE: Bland, Jeanette
U.S. Magistrate Judge

FROM: Claudette M. Silvera, Chief    DOCKET NO.: CR07-00670 JSW
U.S. Pretrial Services Officer

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Hence Williams III                                510-637-3755
U.S. Pretrial Services Officer                    TELEPHONE NUMBER

RE: MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☒ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. A 15th Floor on Jan. 18, 2008 at 10:30 AM.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding District Court Judge_____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐ Modification(s)
A.
B.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐ Other Instructions:

_____        1/14/08
JUDICIAL OFFICER                          DATE
JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

Cover Sheet (12/03/02)