# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL MINUTE ORDER

**Date: March 6, 2008**

**Case No. CR-07-670 JSW**          **Judge: Jeffrey S. White**

**United States of America  v.  Jeanette Bland**
                                **Defendant**
                                **Present ( X ) Not Present ( ) In-Custody ( )**

| | |
|---|---|
| Alison Danner / Tim Lucey | Brian Berson |
| U.S. Attorney | Defense Counsel |

**Deputy Clerk: Jennifer Ottolini**          **Court Reporter: Juanita Gonzalez**
                                              **USPO: Joshua Sparks**

### PROCEEDINGS

**REASON FOR HEARING:** Judgment and Sentencing

**RESULT OF HEARING:**
The Court rejected the plea agreement.

The matter is continued to 3-20-08 at 2:30 p.m. for Decision re: New Plea Agreement or Motion to Withdraw Plea.