**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

## CRIMINAL MINUTE ORDER

Date: March 20, 2008

Case No.  CR-07-670   JSW			Judge:  Jeffrey S. White

United States of America   v.   Jeanette Bland
			Defendant
			Present ( X ) Not Present ( ) In-Custody ( )

|  |  |
|---|---|
| Alison Danner | Brian Berson |
| U.S. Attorney | Defense Counsel |

Deputy Clerk: Jennifer Ottolini		Court Reporter: Connie Kuhl
						USPO: Joshua Sparks

## PROCEEDINGS

**REASON FOR HEARING:** Decision re: New Plea Agreement or Motion to Withdraw

**RESULT OF HEARING:**  Defense counsel brought information re: county jail time served by the defendant to the Court's attention. Government counsel shall verify the information from the Nebraska authorities. The Court indicates possible home confinement. Counsel shall submit a Status Report by 4-1-08.

**Case Continued to 4-3-08 at 2:30 p.m. for Further Proceedings re: Withdrawal of Plea**