**EXHIBIT A**

# OLSEN LAW OFFICES
## ATTORNEYS AT LAW

THE DOUGLAS BUILDING
209 SOUTH 19TH STREET, SUITE 400
OMAHA, NEBRASKA 68102

(402) 341-3400
Fax (402) 341-2188

THOMAS J. OLSEN

March 20, 2008

Brian P. Berson
235 Montgomery St., Suite 625
San Francisco, CA 94104

RE: Jeanette Bland

Dear Brian:

This letter will confirm that I represented Ms. Bland in Steve v. Bland, case number Doc. 169 Page 412. I have reviewed my notes and have verified that Ms. Bland was arrested on March 6, 2006 and remained in the county jail until she was released on March 30, 2006. I understand that you have a copy of the Receipt for Cash Appearance Bond dated March 30, 2006. Our jail credit system should have given Ms. Bland approximately 7 days of good time credit, resulting in the equivalent of at least 30 days credit in county jail.

Although my complete file is in storage, I recall that this was a charge of theft by deception from one or more U.S. Bank branches, involving improper cash advances off a Green Dot credit or debit card. Ultimately, the case was dismissed in September, 2006, and it was my understanding that it would become a federal prosecution.

If you have any further questions regarding this matter, please do not hesitate to contact me.

Sincerely yours,

Thomas J. Olsen
Thomas J. Olsen
Attorney at Law

**EXHIBIT B**

U.S. Department of Justice

*United States Attorney*
*Northern District of California*

_____

| | |
|---|---|
| *11th Floor, Federal Building* | *(415) 436-7200* |
| *450 Golden Gate Avenue, Box 36055* | |
| *San Francisco, California  94102-3495* | *FAX:(415) 436-7234* |

March 21, 2008

**VIA HAND DELIVERY**

The Honorable Jeffrey S. White
450 Golden Gate Avenue
San Francisco, CA  94102

RE: <u>United States vs. Bland, No. CR 07-0670 JSW</u>

Dear Judge White:

At the status conference yesterday in this case, you asked me to contact the AUSA in Nebraska to verify whether Ms. Bland spent time in custody relating to the underlying conduct.  I spoke with the AUSA, Fred Franklin, this morning, and he was able to confirm that Ms. Bland was held in custody at the Douglas County Correctional Facility in Nebraska from March 7, 2006 through March 30, 2006.  Ms. Bland was detained to answer to the charge of theft by deception under Nebraska law.  The conduct underlying that charge is the same conduct underlying the charge in the above-captioned case.  Mr. Franklin indicated to me that this case was eventually dismissed.

Should you have any questions or wish to discuss any aspect of this matter, please do not hesitate to call me at (415) 436-7144.

Very truly yours,

JOSEPH P. RUSSONIELLO
United States Attorney

ALLISON M. DANNER
Assistant United States Attorney

cc:    Brian P. Berson, Esq.

# EXHIBIT C

**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

| | |
|---|---|
| *11th Floor, Federal Building* | *(415) 436-7200* |
| *450 Golden Gate Avenue, Box 36055* | |
| *San Francisco, California 94102-3495* | *FAX:(415) 436-7234* |

March 25, 2008

**VIA HAND DELIVERY**

The Honorable Jeffrey S. White
450 Golden Gate Avenue
San Francisco, CA 94102

RE: <u>United States vs. Bland, No. CR 07-0670 JSW</u>

Dear Judge White:

I spoke yesterday afternoon with Special Agent Brian Loux of the Omaha office of the United States Secret Service. Special Agent Loux is the investigating agent in this case. He confirmed that, in addition to the time Ms. Bland served at the Douglas County Correctional Facility between March 7 and March 30, 2006, Ms. Bland was also jailed at the Omaha Police Department jail from March 2 through March 7, 2006. Ms. Bland was apparently held by the Omaha Police Department from the time of her arrest on March 2 to her transfer to the Douglas County jail on March 7, where she remained in custody until March 30, 2006.

Should you have any questions or wish to discuss any aspect of this matter, please do not hesitate to call me at (415) 436-7144.

Very truly yours,

JOSEPH P. RUSSONIELLO
United States Attorney

ALLISON M. DANNER
Assistant United States Attorney

cc:    Brian P. Berson, Esq.