1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney

2

3  BRIAN J. STRETCH (CASBN 163973)
   Chief, Criminal Division

4  ALLISON MARSTON DANNER (CASBN 195046)
   Assistant United States Attorney

5
      450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102
      Telephone:  (415) 436-7144
7     Fax:  (415) 436-7234
      Email: allison.danner@usdoj.gov

8
   Attorneys for the United States of America
9

10                  UNITED STATES DISTRICT COURT

11               NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION

13

14 UNITED STATES OF AMERICA,          )    No. CR 07-0670-01 JSW
                                      )
15          Plaintiff,                )    UNITED STATES' REPORT FOR
                                      )    STATUS CONFERENCE
16     v.                             )
                                      )    Date:  April 3, 2008
17 JEANETTE BLAND,                    )    Time:  2:30 p.m.
                                      )
18          Defendant.                )
   _____)
19

20         This Court has directed the parties to file a report in advance of the status conference in

21  this case to be held on April 3, 2008.  This Court specifically asked the government to contact the

22  AUSA in Nebraska, who originally charged this case, to determine whether Ms. Bland had

23  served any time in jail in Nebraska related to the conduct charged in this case.  On March 20,

24  2008, AUSA Fred Franklin (D. Neb.) confirmed that Ms. Bland was held in custody at the

25  Douglas County Correctional Facility in Nebraska from March 7, 2006 through March 30, 2006.

26  Ms. Bland was detained to answer to the charge of theft by deception under Nebraska law.  The

27  conduct underlying that charge is the same conduct underlying the charge in the above-captioned

28  case.  Mr. Franklin indicated to me that this case was eventually dismissed.

UNITED STATES' STATUS REPORT
CR 07-0670-01 JSW                          -1-

1    On March 24, 2008, I spoke with Special Agent Brian Loux of the Omaha office of the

2  United States Secret Service, who is the investigating agent in this case. Special Agent Loux

3  confirmed that, in addition to the time Ms. Bland served at the Douglas County Correctional

4  Facility between March 7 and March 30, 2006, Ms. Bland was also jailed at the Omaha Police

5  Department jail from March 2 through March 7, 2006. Ms. Bland was held by the Omaha Police

6  Department from the time of her arrest on March 2 until her transfer to the Douglas County jail

7  on March 7, where she remained in custody until March 30, 2006.

8    In conclusion, Ms. Bland was jailed from March 7, 2006 through March 30, 2006 as a

9  result of the conduct charged in this case.

10

11  DATED: March 31, 2008

12

13                                        Respectfully submitted,

14                                        JOSEPH P. RUSSONIELLO
                                          United States Attorney
15

16

17                                        ALLISON MARSTON DANNER
                                          Assistant United States Attorney
18

19

20

21

22

23

24

25

26

27

28

UNITED STATES' STATUS REPORT
CR 07-0670-01 JSW                         -2-