# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTE ORDER

**Date: April 3, 2008**

E-Filing

**Case No. CR-07-670 JSW**   **Judge: Jeffrey S. White**

**United States of America v. Jeanette Bland**
                                    **Defendant**
                                    Present ( X ) Not Present ( ) In-Custody ( )

| | |
|---|---|
| **Alison Danner** | **Brian Berson** |
| U.S. Attorney | Defense Counsel |

**Deputy Clerk: Jennifer Ottolini**           **Court Reporter: Kathy Powell**
                                              **USPO: Cheryl Simone**

## PROCEEDINGS

**REASON FOR HEARING:** Further Proceedings

**RESULT OF HEARING:**
The Court accepts the plea agreement and the defendant is sentenced as follows:
The defendant is placed on 3 years of probation; obey all laws and the standard conditions of probation and the following additional conditions:
1) The defendant shall participate in the Home Confinement with Electronic Monitoring Program and shall abide by all the requirements of the program for a period of 5 months. During the term of home confinement, the defendant shall abstain from the use of alcohol and submit to drug or alcohol testing as directed by the probation officer;
2) The defendant shall pay any restitution and special assessment that is imposed by this judgment, (and that remains unpaid at the commencement of the term of supervised release);
3) The defendant shall provide the probation officer access to any requested financial information, including tax returns, and shall authorize the probation office to conduct credit checks and obtain copies of income tax returns;
4) The defendant shall not open any new lines of credit and/or incur new debt without the prior permission of the probation officer;
5) The defendant shall not maintain a position of fiduciary capacity without the prior permission of the probation officer;
6) ) The defendant shall not be employed in any capacity in which she has access to the financial information of others without the prior approval of the probation officer;
7) Submit to Search and Seizure;
8) The defendant shall not own or possess any firearms, ammunition, destructive devices, or other dangerous weapons;
9) The defendant shall cooperate in the collection of DNA as directed by the probation officer.

$100 special assessment, which shall be due immediately.

Pay Restitution in the amount of $11,965.00 to US Bank. Payments shall be made $200 per month payments beginning 30 days from 4-3-08. Restitution shall be paid joint and severally with CR-0671-01 JSW.