04/15/2008 03:34 PM EST

**Case Debt Type Payment Report**
**U.S. Courts**

Version 7.0.1

San Francisco

| Party # | Party Name | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Actg Ln # | Payment Type | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 001 | JEANETTE BLAND | 504100 | SPECIAL PENALTY ASSESSMENT | 100.00 | 0.00 | CT 3461101773 | 1 | PR | 100.00 | 04/03/2008 |

Case No. DCAN307CR000670    US V BLAND

Division Payment Total    100.00

Grand Total    100.00

$100.00 SPECIAL ASSESSMENT PAID IN FULL
CM 4-3-08

Page 1 of 1